**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SANDRA MORRISON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 19-4503** |
| | : | |
| **ETHICON, INC., et al.,** | : | |
| **Defendants.** | : | |
| | : | |

## O R D E R

**AND NOW**, this 31st day of March, 2020, upon consideration of the Parties' Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A) (Doc. No. 30), it is hereby **ORDERED** that:

1. The Parties' Stipulation (Doc. No. 30) is **APPROVED and ADOPTED**;

2. Plaintiff's Complaint (Doc. No. 1-4) is **DISMISSED without prejudice**. <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(ii);

3. Plaintiff's Motion to Remand (Doc. No. 8) is **DENIED as moot**; and

4. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
Paul S. Diamond, J.